■ In the Matter of MICHAEL MARKOVITCH, a Suspended Attorney. [716 NYS2d 556] —Motion to confirm determination of hearing panel to deny application for reinstatement as an attorney and counselor-at-law granted; cross motion to disaffirm said determination and for reinstatement denied. No opinion. Concur—Sullivan, P. J., Rosenberger, Mazzarelli, Wallach and Saxe, JJ.

■ In the Matter of GARY M. REING (Admitted as GARY MARTIN REING), a Disbarred Attorney. [716 NYS2d 555] —Motion granted and petitioner reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Rosenberger, J. P., Nardelli, Mazzarelli, Ellerin and Saxe, JJ.

■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. DOUGLAS J. CLARK, Admitted on June 18, 1990, at a Term of the Appellate Division, First Department. [716 NYS2d 556] —Motion granted to the extent of reinstating respondent as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J. P., Williams, Mazzarelli, Ellerin and Saxe, JJ. [See, 230 AD2d 366.]